THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAITY MARSHALL, Appellant.

Submitted November 2, 2015; decided November 18, 2015

Motion by Innocence Project, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v HAROLD L. PETKE, Respondent.

Submitted September 28, 2015; decided November 18, 2015

Motion to vacate this Court's September 3, 2015 preclusion order granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARVERT STEPHENS, Also Known as HAVERT STEPHENS, Appellant.

Submitted November 2, 2015; decided November 18, 2015

Motion for assignment of counsel granted and Philip Rothschild, Esq., Frank H. Hiscock Legal Aid Society, 351 South Warren Street, Syracuse, New York 13202 assigned as counsel to the appellant on the appeal herein.